**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel  (530) 245-1877
Fax (530) 245-1879

Attorneys for Defendants
CITY OF REDDING, ROBERT F. PAOLETTI, REDDING POLICE OFFICERS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ROBINSON; and WILLIAM ROBINSON, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SHASTA; SHASTA SHERIFF'S DEPARTMENT; CITY OF REDDING, CITY OF REDDING POLICE DEPARTMENT; ROBERT F. PAOLETTI; REDDING POLICE OFFICERS, CORPORAL M. WOODS, BADGE #321, REDDING POLICE OFFICER A. HOLLEMON,#168; and REDDING POLICE OFFICERS as DOES 1 through DOES 50. | Case No.:  2:14-cv-02910-KJM-KJN <br><br> **ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

The parties have stipulated and jointly requested a modification to the pretrial scheduling order regarding expert disclosure and the close of expert discovery.  ECF No. 45. Good cause appearing, the court GRANTS the parties' stipulation.  Accordingly, the Status (Pretrial Scheduling) Order filed November 25, 2015, ECF No. 40, is modified as follows:

- Disclosure of expert witnesses shall be made no later than **August 3, 2016**.

ORDER MODIFYING PRETRIAL SCHEDULING ORDER

1  • Supplemental disclosure as allowed by the Status (Pretrial Scheduling) Order filed

2  November 25, 2016 may be made on or before **August 17, 2016**.

3  • All expert discovery shall be completed by **September 23, 2016**.

4  • In all other respects, the Status (Pretrial Scheduling) Order filed November 25, 2016,

5  ECF No. 40, shall remain in full force and effect.

6  IT IS SO ORDERED.

7  Dated:  May 18, 2016

8

9  _____

10  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER MODIFYING PRETRIAL SCHEDULING ORDER
2