**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel  (530) 245-1877
Fax (530) 245-1879

Attorneys for Defendants
CITY OF REDDING, ROBERT F. PAOLETTI, REDDING POLICE OFFICERS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHERINE ROBINSON; and WILLIAM ROBINSON,<br><br>        Plaintiffs,<br><br>    vs.<br><br>COUNTY OF SHASTA; SHASTA SHERIFF'S DEPARTMENT; CITY OF REDDING, CITY OF REDDING POLICE DEPARTMENT; ROBERT F. PAOLETTI; REDDING POLICE OFFICERS, CORPORAL M. WOODS, BADGE #321, REDDING POLICE OFFICER A. HOLLEMON,#168; and REDDING POLICE OFFICERS as DOES 1 through DOES 50. | Case No.: 2:14-cv-02910-KJM-KJN<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

   The parties have stipulated and jointly requested a modification to the pretrial scheduling order. ECF No. 47. Good cause appearing, the court GRANTS the parties' request. Accordingly, the case schedule set in the Status (Pretrial Scheduling) Orders filed November 25, 2015 and May 19, 2016, ECF Nos. 40 & 46, is modified as follows:

- Non-expert discovery shall be completed no later than **January 6, 2017**.

- Disclosure of expert witnesses shall be made no later than **February 6, 2017**.
- Supplemental disclosure as allowed by the Status (Pretrial Scheduling) Order filed November 25, 2016 may be made on or before **March 6, 2017**.
- All expert discovery shall be completed no later than **March 31, 2017**.
- The Final Pretrial Conference set for February 2, 2017 is VACATED and RESET for **June 2, 2017 at 10:00 a.m.** in Courtroom 3 before District Judge Kimberly J. Mueller. The parties' joint pretrial conference statement is due by **May 12, 2017**.
- Jury trial is RESET for **August 7, 2017 at 9:00 a.m.** in Courtroom 3 before Judge Kimberly J. Mueller. Trial briefs are due by **July 24, 2017**.
- In all other respects, the existing case schedule shall remain in effect.

IT IS SO ORDERED.

Dated: July 19, 2016

_____
UNITED STATES DISTRICT JUDGE