1  **GARY BRICKWOOD (SBN 94892)**
   **BRICKWOOD LAW OFFICE**
2  1135 Pine St., Suite 210
   Redding, CA 96001
3  Tel  (530) 245-1877
   Fax (530) 245-1879
4

5  Attorneys for Defendants
   CITY OF REDDING, ROBERT F. PAOLETTI, REDDING POLICE OFFICERS
6

7

8

9              **IN THE UNITED STATES DISTRICT COURT**

10             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12  KATHERINE ROBINSON; and          )   Case No.:  2:14-cv-02910-KJM-KJN
    WILLIAM ROBINSON,                )
13                                   )
          Plaintiffs,                )   **PROPOSED ORDER MODIFYING**
14                                   )   **SETTLEMENT CONFERENCE DATE**
          vs.                        )
15                                   )
16  COUNTY OF SHASTA; SHASTA         )
    SHERIFF'S DEPARTMENT; CITY OF    )
17  REDDING, CITY OF REDDING POLICE  )
    DEPARTMENT; ROBERT F. PAOLETTI;  )
18  REDDING POLICE OFFICERS,         )
    CORPORAL M. WOODS, BADGE #321,   )
19  REDDING POLICE OFFICER A.        )
    HOLLEMON,#168; and REDDING       )
20  POLICE OFFICERS as DOES 1 through )
    DOES 50.                         )
21                                   )
22                                   )
                                     )
23                                   )
    _____
24

25         The Court has reviewed the stipulation and joint request of the parties to modify the date

26  for Settlement Conference from October 11, 2016 to **January 24, 2017**.   Good cause appears

27  for the request.

28  ///

_____
ORDER TO MODIFY SETTLEMENT CONFERENCE DATE

1       IT IS ORDERED that the Settlement Conference scheduled for October 11, 2016, is

2   vacated and a new Settlement Conference is scheduled for January 24, 2017, at 9:00 AM, in

3   Courtroom 25 of the above-entitled Court.

4

5   Dated:  August 11, 2016

6

7   KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO MODIFY SETTLEMENT CONFERENCE DATE