**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel  (530) 245-1877
Fax (530) 245-1879

Attorneys for Defendants
CITY OF REDDING, ROBERT F. PAOLETTI, REDDING POLICE OFFICERS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHERINE ROBINSON; and WILLIAM ROBINSON, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SHASTA; SHASTA SHERIFF'S DEPARTMENT; CITY OF REDDING, CITY OF REDDING POLICE DEPARTMENT; ROBERT F. PAOLETTI; REDDING POLICE OFFICERS, CORPORAL M. WOODS, BADGE #321, REDDING POLICE OFFICER A. HOLLEMON,#168; and REDDING POLICE OFFICERS as DOES 1 through DOES 50. <br><br> Defendants. | Case No.:  2:14-cv-02910-KJM-KJN <br><br> **ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

The parties have stipulated and jointly requested a modification of the Pretrial Scheduling Order regarding the dispositive motion cutoff.  The Court has reviewed the stipulation and joint request and it appears that good cause exists for the requested modification. Therefore the Court orders as follows:

ORDER TO CLARIFY MODIFIED PRETRIAL SCHEDULING ORDER
1

1      IT IS ORDERED that the Status Pretrial Scheduling Order (Doc. 40) filed November
2   25, 2015, is modified as follows:
3      1.   All dispositive motions, except motions for continuances, temporary
4   restraining orders or other emergency applications, shall be heard no later than April 21, 2017.
5      2.   The parties may obtain available hearing dates by checking Judge
6   Mueller's page on the Court's website.
7      3.   In all other respects, the existing case schedule shall remain in effect.
8   DATED: August 25, 2016

_____
UNITED STATES DISTRICT JUDGE

ORDER TO CLARIFY MODIFIED PRETRIAL SCHEDULING ORDER

2