UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KATHERINE ROBINSON; and WILLIAM ROBINSON, | No. 2:14-cv-02910-KJM-KJN |
|---|---|
| Plaintiff, | |
| v. | AMENDMENT TO THE SCHEDULING ORDER |
| COUNTY OF SHASTA; SHASTA SHERIFF'S DEPARTMENT; CITY OF REDDING, CITY OF REDDING POLICE DEPARTMENT; ROBERT F. PAOLETTI; REDDING POLICE OFFICERS, CORPORAL M. WOODS, BADGE #321, REDDING POLICE OFFICER A. HOLLEMON,#168; and REDDING POLICE OFFICERS as DOES 1 through DOES 50, | |
| Defendants. | |

The parties jointly request (ECF No. 62) to amend dates in the operative amended pretrial scheduling order (ECF No. 56). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | August 3, 2016 | August 3, 2016 |
| Expert Disclosures | June 12, 2017 | July 17, 2017 |
| Supplemental Expert Disclosures | July 12, 2017 | July 21, 2017 |
| Completion of Expert Discovery | August 30, 2017 | September 30, 2017 |

1

| All Dispositive Motions | August 25, 2017 | August 25, 2017 |
| File Joint Pretrial Conference Statement | December 22, 2017 | December 22, 2017 |
| Final Pretrial Conference | January 12, 2018 | January 12, 2018 |
| Trial Briefs Due | February 12, 2018 | February 12, 2018 |
| Trial (at 9:00 a.m.) | February 26, 2018 | February 26, 2018 |

This amendment does not alter any other portions of the operative amended pretrial scheduling order (ECF No. 56).

IT IS SO ORDERED.

DATED: May 12, 2017

_____
UNITED STATES DISTRICT JUDGE