**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel (530) 245-1877
Fax (530) 245-1879

Attorneys for Defendants
CITY OF REDDING, ROBERT F. PAOLETTI,
REDDING POLICE OFFICERS AARON HOLLEMON,
MIKE WOODS, CHRISTOPHER SMYRNOS and TIMOTHY RENAULT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHERINE ROBINSON; and WILLIAM ROBINSON,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SHASTA; SHASTA SHERIFF'S DEPARTMENT; SHASTA COUNTY DETECTIVE GENE RANDALL; SHASTA COUNTY CORONER INVESTIGATOR, JENELLE BARTOLO, BADGE #1027; CITY OF REDDING; CITY OF REDDING POLICE CHIEF, ROBERT F. PAOLETTI; REDDING POLICE OFFICER, CORPORAL M. WOODS, BADGE #321; REDDING POLICE OFFICER, A. HOLLEMON, BADGE #168; REDDING POLICE OFFICER TIMOTHY RENAULT; REDDING POLICE OFFICER CHRISTOPHER SMYRNOS; and REDDING POLICE OFFICERS as DOE 1 through DOE 50,<br><br>Defendants. | Case No.: 2:14-cv-02910-KJM-KJN<br><br>**DEFENDANTS' DISCLOSURE OF EXPERT WITNESS INFORMATION** |

///

DEFENDANTS' DISCLOSURE OF EXPERTS

1

Pursuant to FRCP Rule 26(a)(2), Defendants CITY OF REDDING, ROBERT F. PAOLETTI, REDDING POLICE OFFICERS AARON HOLLEMON, MIKE WOODS, CHRISTOPHER SMYRNOS and TIMOTHY RENAULT disclose the following witnesses who may give opinion evidence at the time of trial:

**RETAINED EXPERTS**

1. Scott Seaman
   2976 Westgate
   San Jose, CA  95125

   Mr. Seaman's report is attached.

2. Mark Levy, M.D.
   Forensic Psychiatric Associates
   655 Redwood Hwy., Suite 271
   Mill Valley, CA  94941

   Dr. Levy's report is attached.

3. William M. Schneck, M.S., ABC
   Microvision Northwest – Forensic Consulting, Inc.
   6220 West Skagit Ct.
   Spokane, WA  99208

   Mr. Schneck's report is attached.

**NON-RETAINED EXPERTS – TREATING MEDICAL PROVIDERS**

1. Arnold Josselson, M.D.
   Forensic Medical Group, Inc.
   1261 Travis Blvd., Suite 120
   Fairfield, CA  94533

   Dr. Josselson's report is attached.

2. Marvin Megibow, Ph.D.
   1660 Humboldt Rd.
   Chico, CA  95928

3. Patrick Noel, MFT
   242 N. Villa Ave.
   Willows, CA  95988

4. Francis McDermott, Jr., M.D.
   1660 Humboldt Rd., #3
   Chico, CA  95928

**NON-RETAINED EXPERTS - POLICE**

1. Robert Paoletti
   Redding Police Department
   777 Cypress Avenue
   Redding, CA  96001

2. Aaron Hollemon
   Redding Police Department
   777 Cypress Avenue
   Redding, CA  96001

3. Mike Woods
   Redding Police Department
   777 Cypress Avenue
   Redding, CA  96001

4. Christopher Smyrnos
   Redding Police Department
   777 Cypress Avenue
   Redding, CA  96001

5. Timothy Renault
   Redding Police Department
   777 Cypress Avenue
   Redding, CA  96001

   Police witnesses directly involved in the incident may be asked to give testimony about reasonable and necessary use of force to detain and attempt to control Matthew Robinson.

Dated:  July 31, 2017           /s/      *GARY BRICKWOOD*
                                GARY BRICKWOOD
                                Attorney for Defendants
                                CITY OF REDDING, ROBERT F. PAOLETTI,
                                REDDING POLICE OFFICERS AARON
                                HOLLEMON, MIKE WOODS, CHRISTOPHER
                                SMYRNOS and TIMOTHY RENAULT

DEFENDANTS' DISCLOSURE OF EXPERTS

3