**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel  (530) 245-1877
Fax (530) 245-1879

Attorneys for Defendants CITY OF REDDING and
INDIVIDUAL REDDING POLICE OFFICERS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ROBINSON; and WILLIAM ROBINSON,<br><br>　　　Plaintiffs,<br><br>　　　vs.<br><br>COUNTY OF SHASTA; SHASTA SHERIFF'S DEPARTMENT; SHASTA COUNTY DETECTIVE GENE RANDALL; SHASTA COUNTY CORONER INVESTIGATOR, JENELLE BARTOLO, BADGE #1027; CITY OF REDDING; CITY OF REDDING POLICE CHIEF, ROBERT F. PAOLETTI; REDDING POLICE OFFICER, CORPORAL M. WOODS, BADGE #321; REDDING POLICE OFFICER, A. HOLLEMON, BADGE #168; REDDING POLICE OFFICER TIMOTHY RENAULT; REDDING POLICE OFFICER CHRISTOPHER SMYRNOS; and REDDING POLICE OFFICERS as DOE 1 through DOE 50,<br><br>　　　Defendants. | Case No.:  2:14-cv-02910-KJM-KJN<br><br>**STIPULATION FOR DISMISSAL** |

---

STIPULATION FOR DISMISSAL

1

The parties by and through their respective attorneys jointly request and stipulate that the Court dismiss all defendants and all claims with prejudice.

The settlement includes the term that all parties shall bear their own attorney's fees and costs and the parties request that the Order confirm that agreement.

The parties conducted a settlement conference before the Magistrate Judge Kendall J. Newman on June 11, 2019 and reached a settlement of the entire case. The settlement terms have now been completed and as a result, the parties jointly make this request to the Court. The parties have provided a proposed Order for consideration by the Court.

Dated: October 15, 2019            /s/      LARRY BAUMBACH
                                   LARRY BAUMBACH
                                   Attorney for Plaintiffs
                                   KATHERINE ROBINSON and
                                   WILLIAM ROBINSON, individually and as
                                   successors in interest and representatives of the
                                   Estate of MATTHEW ROBINSON


Dated: October 15, 2019            /s/      GARY BRICKWOOD
                                   GARY BRICKWOOD
                                   Attorney for Defendants
                                   CITY OF REDDING and INDIVIDUAL
                                   REDDING POLICE OFFICERS